# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA LYNN VAIL, MD, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | No. 24-1535 |
| v. | : | |
| | : | |
| DERMATOLOGY AND MOHS | : | |
| SURGERY CENTER, P.C., et al., | : | |
| | : | |
|     Defendants. | : | |

## ORDER

**AND NOW,** this 15th day of October, 2024, upon consideration of Defendants' omnibus motion (ECF No. 6), and for the reasons set out in the accompanying Memorandum Opinion, **IT IS ORDERED THAT:**

- Defendants' motion to dismiss the complaint under Fed. R. Civ. Proc. 12(b)(6) for failure to state a claim **IS DENIED** without prejudice to Defendants to reassert at a later stage of the litigation;

- Defendants' motion to strike the jury demand under Fed. R. Civ. Proc. 39(a) **IS DENIED** without prejudice to Defendants to reassert at a later stage of the litigation; and

- Defendant Vincent Bradley's motion to dismiss the complaint under Fed. R. Civ. Proc. 12(b)(2) for lack of personal jurisdiction **IS DENIED** without prejudice to Mr. Bradley to reassert at a later stage of the litigation.

                                                s/ ANITA B. BRODY, J.
                                                _____
                                                ANITA B. BRODY, J.